**Order filed January 8, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01050-CV

_____

## IN RE LISA LUXENBURG, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-29603**

---

## CONTINUING ABATEMENT ORDER

On November 22, 2013, relator, Lisa Luxenburg, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221. Relator asked this Court to order The Honorable Ken Wise, Judge of the 334th District Court, Harris County, Texas, to set aside his October 7, 2013 order abating the proceeding and compelling arbitration, entered in trial court cause number 2013-29603, styled *Lisa Luxenburg v. J.C. Penney*.

Because the respondent ceased to hold the office of Judge of the 334th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, The Honorable Grant Dorfman, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b). On December 5, 2013, we abated this case for a period of thirty days and directed the new presiding judge of the 334th District Court to advise the Court of the action taken on relator's request.

More than thirty days have passed since the date of the abatement order. The new presiding judge of the 334th District Court has not advised the Court of the action taken on relator's request. Therefore, the abatement of this case is continued for a period of twenty days, at which time the new presiding judge shall advise the Court of the action taken on relator's request. Furthermore, within twenty days of the date of this order, relator is directed to advise the Court of the status of trial court cause number 2013-29603, styled *Lisa Luxenburg v. J.C. Penney*. The Court will consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.